NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3147

PAMELA D. DINKLER,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0831070409-I-1.

ON MOTION

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

PER CURIAM.

## O R D E R

Pamela D. Dinkler moves for reconsideration of the court's May 5, 2009 order dismissing her petition for review as untimely. Dinkler submits correspondence in support of her motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Pamela D. Dinkler
    Richard P. Schroeder, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 9 2009

JAN HORBALY
CLERK